AS: USAO#2021R00259
LEP:04-26-2021

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 APR 28 PM 4: 43

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AT BALTIMORE

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. GLR-21-0132 |
| COREY DONTE SCOTT, a.k.a. "Gutta" | * (Possession with Intent to Distribute Cocaine Base, 21 U.S.C. § 841; Forfeiture, 21 U.S.C. § 853, 28 U.S.C. § 2461) |
| Defendant. | * |

## INDICTMENT

### COUNT ONE
(Possession with Intent to Distribute Cocaine Base)

The Grand Jury for the District of Maryland charges that:

On or about September 9, 2019, in the District of Maryland, the defendant,

**COREY DONTE SCOTT,**
**a.k.a. "Gutta"**

did knowingly and intentionally possess with the intent to distribute 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

21 U.S.C. § 841(a)
21 U.S.C. § 841(b)(1)

1

## FORFEITURE ALLEGATIONS

The Grand Jury further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction.

### Narcotics Forfeiture

2. Pursuant to 21 U.S.C. § 853(a), upon conviction of an offense in violation of the Controlled Substances Act, as alleged in Count One, the Defendant convicted of such offense shall forfeit to the United States of America:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense(s); and

   b. any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such offense(s).

### Substitute Assets

3. Pursuant to 21 U.S.C. § 853(p), if any of the property described above as being subject to forfeiture, as a result of any act or omission by the Defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been comingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the Defendant up to the value of the property charged with forfeiture in the paragraphs above.

21 U.S.C. § 853
28 U.S.C. § 2461

*Jonathan F. Lenzner / AS*

Jonathan F. Lenzner
Acting United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**
Foreperson

Date: 4-28-21